■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TRITTO, Appellant.—Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Richmond County (Felig, J.), both imposed July 17, 1991.

Ordered that the sentences are affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Sullivan, Eiber, Copertino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WATSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Calabretta, J.), rendered September 4, 1990.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.